# United States Bankruptcy Court
# Central District Of California

In re:
Julio Valpuesta

CHAPTER NO.: 7

CASE NO.: 2:09–bk–46667–VZ

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☑ Declaration of Attorney's Limited Scope of Appearance. [Local Rule 2090–1(a); 1002–1(g)]
☑ Debtor's Certification of Employment Income

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002–1]:

   Chapter 7     1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

   255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below–referenced Deputy Clerk:

**JON D. CERETTO, CLERK OF COURT**

Dated: December 28, 2009

**By: Cassie Elzy**
**Deputy Clerk**